Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–21369–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mitchell J. Steinberg
   37 Walden Court
   Old Bridge, NJ 08857

Social Security No.:
   xxx–xx–4023

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 06/24/2016 and a confirmation hearing on such Plan has been scheduled for 8/23/2016.

The debtor filed a Modified Plan on 01/20/2017 and a confirmation hearing on the Modified Plan is scheduled for 2/14/2017 at 10:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: January 24, 2017
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                     Case No. 16-21369-MBK
Mitchell J. Steinberg                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 4              Date Rcvd: Jan 24, 2017
                              Form ID: 186             Total Noticed: 95

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2017.
```
db              +Mitchell J. Steinberg,    37 Walden Court,    Old Bridge, NJ 08857-3572
cr              +CAB East LLC, serviced by Ford Motor Credit Compan,    P.O. Box 62180,
                  Colorado Springs, CO 80962-2180
cr              +Heritage Woods Property Owners Association, Inc.,    Cutolo Mandel LLC,   151 Highway 33 East,
                  Suite 204,    Manalapan, NJ 07726-8635
cr              +Old Bridge Municipal Utilities Authority,    Scarinci & Hollenbeck, LLC,
                  c/o Joel R. Glucksman, Esq.,    1100 Valley Brook Ave.,    P.O. Box 790,
                  Lyndhurst, NJ 07071-0790
516228820        Accurate Diagnostic Labs, Inc.,    300 Hadley Road,    South Plainfield, NJ 07080
516301567       +Allied Building Products Corp,    15 East Union Ave,    East Rutherford, NJ 07073-2127
516228821        Alside Supply,   c/o Bressler-Duyk,    60 State Highway 27,    Edison, NJ 08820-3908
516228823       +American Express,    PO Box 1270,    Newark, NJ 07101-1270
516228822       +American Express,    c/o Jaffee & Asher, LLP,    1107 Goffle Road,    Hawthorne, NJ 07506-2000
516406791        American Express Bank FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516347256        American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                  Malvern PA 19355-0701
516228824        Arzee Acquisition Corp,    c/o Hudson Law Offices,    900 Rtye 168, WSuite C-2,
                  Blackwood, NJ 08012
516228825       +Bank of America/Cach, LLC.,    c/o P. Scott Lowry, P.C.,    PO. Box 4198,
                  Englewood, CO 80155-4198
516228826       +Bank of New York Mellon,    C/O Fein, Such, Kahn and Shepard, P.C.,    7 Century Drive, Suite 201,
                  Parsippany, NJ 07054-4609
516228827       +Bogata Com,   Complete Payment Recovery Services, Inc.,    3500 5th Street,
                  Northport, AL 35476-4723
516291610        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
516228828        Cardiovascular Interventionalists of,    Central Jersey P.A.,    465 Cranberry Road, Suite 201,
                  East Brunswick, NJ 08816-7600
516228829       +Care Credit Dental,    c/o Eichenbaum & Stylanou, LLC,    10 Forest Avenue, Suite 300,
                  Paramus, NJ 07652-5238
516228830        Central Jersey Pathology Consultants,    PO Box 95000,    Philadelphia, PA 19195-5175
516228831       +Chase Bank,   c/o capital Management Services, LP,    698,    1/2 South Ogden Street,
                  Buffalo, NY 14210
516228832       +Chase Bank,   c/o Capital Management Services,    PO Box 15123,    Wilmington, DE 19850-5123
516228833        Chase Bank USA,    c/o ARS National Services Inc.,    PO Box 463023,    Escondido, CA 92046-3023
516228834        Citi,   c/o Midland Credit  Managment, Inc.,    PO Box 60578,    Saint Louis, MO 63179-9819
516228835       +Citi Advantage,    c/o Forster Garbus & Garbus,    PO Box 192,    Commack, NY 11725-0192
516228837       +Citi Bank,    c/o ACI,    35-A Rust Lane,    Boerne, TX 78006-8202
516228838       +Citibabk N.A. / Home Depot,    c/o Pressler & Pressler,    7 Entin Rd,
                  Parsippany, NJ 07054-5020
516228841       +Connecticut Department of Admin Services,    c/o EOS CCA,    700 Longwater Drive,
                  Norwell, MA 02061-1624
516388807        Connecticut Department of Revenue Services,    Collections Unit - Bankruptcy Team,
                  450 Columbus Blvd., Ste.1,    Hartford, CT  06103-1837
516228845       +EZ Pass,   Deleware River Joint Toll Commission,    P.O. Box 851918,    Richardson, TX 75085-1918
516228844       +Edison Radiology Group, P.A.,    P.O. Box 3271,    Indianapolis, IN 46206-3271
516260739       ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit Co,    POB 62180,    Colorado Springs, CO  80962)
516311658       +First Energy,    331 Newman Springs Rd,    Bldg 3,    Red Bank, NJ 07701-6771
516228846       +GE Money Retail Bank/Cach, LLC.,    c/o P. Scott Lowry, P.C.,    PO. Box 4198,
                  Englewood, CO 80155-4198
516228847        Heritage Woods Property Owners Assoc.,    C/O Cutolo Madel, LLC,    Englishtown, NJ 07726
516228851       +Internet Order, LLC.,    1600 JFK Blvd, 3rd Floor,    Philadelphia, PA 19103-2803
516228852       +JCP&L,   c/o Penn Credit,    916 S 14th Street,    Harrisburg, PA 17104-3425
516228853       ++JERSEY CENTRAL POWER AND LIGHT COMPANY,    BUILDING 3,    331 NEWMAN SPRINGS ROAD,
                  RED BANK NJ 07701-6771
                (address filed with court: Jersey Central Power & Light,    PO Box 3687,    Akron, OH 44309-3687)
516228854       +JFK Cardiology Physicians,    80 James Street 4th Floor,    Edison, NJ 08820-3938
516228856       +JP Morgan Chase Bank N.A.,    c/o First Source Advantage, LLC,    205 Bryant Woods South,
                  Buffalo, NY 14228-3609
516228857       +JP Morgan Chase Bank N.A.,    c/o American Recovery Services, Inc,
                  555 St Charles Drive, Suite 100,    Thousand Oaks, CA 91360-3983
516228858       +Law Enforcement Systems, LLC.,    Violation Processing Center,    P.O. Box 2182,
                  Milwaukee, WI 53201-2182
516228861       +MBNA America N.A.,    c/o Law Office of Joe Pezzuto,    4013 E Broadway, Suite A2,
                  Phoenix, AZ 85040-8818
516454275       +MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
516228860        Manor at Heritage Woods Homeowners Assoc,    2 Point of Woods Drive,    Old Bridge, NJ 08857
516228862       +Metro Public Adjustment,    3551 Bristol Pike,    Bensalem, PA 19020-4685
516228863       +Middlesex Emergency Phys, PA,    c/o Akron Billing Center,    3585 Ridge Park Drive,
                  Akron, OH 44333-8203
516228864       +Myles F. Kelly Co,    c/o Sklar-Markingd,    102 Browning Lane, Bldg B, Suite 1,
                  Cherry Hill, NJ 08003-3195
516228868       +New Jersey Turnpike Authority,    Administration Building,    581 Main Street,
                  Woodbridge, NJ 07095-5195
```

```
District/off: 0312-3          User: admin              Page 2 of 4            Date Rcvd: Jan 24, 2017
                              Form ID: 186             Total Noticed: 95


516228870     +New Jersey Turnpike Authority,    PO Box 5042,    Woodbridge, NJ 07095-5042
516228869     +New Jersey Turnpike Authority,    Violations Processing Center,    PO. Box 4971,
                Trenton, NJ 08650-4971
516303497     +Old Bridge Municipal Utilities Authority,    c/o Joel R. Glucksman, Esq.,
                Scarinci & Hollenbeck, LLC,    1100 Valley Brook Ave., PO Box 790,    Lyndhurst, NJ 07071-0790
516228875     +Old Bridge Municipal Utilities Authority,    PO Box 1006,    South Amboy, NJ 08879-4006
516228878     +PA Turnpike Commission,    Penn Credit,    916 S 14th Street,    Harrisburg, PA 17104-3425
516228884      PNC Bank N.A.,    c/o NCB Management Services Inc.,    P.O. Box 10996,    Langhorne, PA 19047
516228886      PSEG,    PO Box 14444,    New Brunswick, NJ 08906-4444
516228879     +Penn Credit,    916 S 14th Street,    Harrisburg, PA 17104-3425
516228880      Pennsylvania EZ Pass,    c/o Linebarger, Goggan, Blair, Sampson,    P.O. Box 90218,
                Harrisburg, PA 17109
516228881     +Pennsylvania Turnpike Commission,    Violation Processing Center,    8000 C Derry Street,
                Harrisburg, PA 17111-5287
516228882     +Peoples United Bank,    286 Broad Street,    Manchester, CT 06040-4049
516228883     +Pimsleur Approach,    1600 JFK Blvd, 3rd Floor,    Philadelphia, PA 19103-2803
516228887     +Rahway Emergency Medical Associates,    PO. Box 5294,    Parsippany, NJ 07054-6294
516228888     +Rakeho Passi, MD, LLC,    P.O. Box 685,    Parlin, NJ 08859-0685
516367515    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Department of Treasury,
                Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
516228889     +Saint Peter's University Hospital,    c/o Computer Credit, Inc.,    640 West 4th St,
                Winston Salem, NC 27101-2730
516228891     +Santander Bank,    PO Box 105255,    Atlanta, GA 30348-5255
516469234     +Santander Bank, N.A.,    c/o Wilson Elser Moskowitz,    Edelman & Dicker LLP,
                200 Campus Drive,    Florham Park, NJ 07932-1007
516228892     +Sovereign Bank,    c/o F.H. Cann & Associates,    1600 Osgood Street Suite 20-2/120,
                North Andover, MA 01845-1048
516228893    #+State of Connecticut,    Department of Revenue Services,    25 Sigourney St. Suite 2,
                Hartford, CT 06106-5032
516228894     +State of New Jersey Division of Taxation,    Federal Offset Program,    PO.Box 283,
                Trenton, NJ 08695-0283
516228859    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Lexus Financial Services,    P.O. Box 9490,    Cedar Rapids,
                Cedar Rapids, IA 52409)
516228895     +The Port Authority of NY & NJ,    Violations Processing Center,    PO. Box 15186,
                Albany, NY 12212-5186
516228898      Town & Contry Remodeling, Inc,    37 Walden Court,    Old Bridge, NJ 08857-3572
516355574      Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern  PA 19355-0701
516228903     +Travelers Insurance,    c/o Tenaglia & Hunt, P.A.,    Box#2431 PO. Box 8500,
                Philadelphia, PA 19178-0001
516228904     +Travelers Personal Insurance,    PO Box 660307,    Dallas, TX 75266-0307
516493043     +Tri State Media Direct LLC d/b/a Direct Advantage,    c/o Kathleen R. Wall, Esq.,    P.O. Box A,
                Manasquan, NJ 08736-0631
516228905     +Verizon,    PO Box 4833,    Trenton, NJ 08650-4833
516228906     +Woodbridge Township Ambulance & Rescue,    PO Box 575,    Matawan, NJ 07747-0575

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 24 2017 23:13:17     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 24 2017 23:13:15     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             E-mail/Text: cio.bncmail@irs.gov Jan 24 2017 23:12:57
                 United States of America (Internal Revenue Service,    U.S. Attorneys Office,
                 970 Broad Street,    Suite 700,    Newark, NJ  07102-2535
516228836     +E-mail/Text: bankruptcydpt@mcmcg.com Jan 24 2017 23:13:14     Citi Bank,
                 c/o Midland Credit Management, Inc,    8875 Aero Drive,    San Diego, CA 92123-2251
516228840     +E-mail/Text: notices@burt-law.com Jan 24 2017 23:14:01
                 CitiBank, N.A./Citi AAdvantage World MC,    c/o Burton Neil & Associates, P.C,
                 1060 Andrew Drive Suite 170,    West Chester, PA 19380-5601
516228839     +E-mail/Text: bankruptcy@affglo.com Jan 24 2017 23:13:19     Citibank N.A.,
                 c/o Global Credit Collections,    5440 N Cumberland, Suite 300,    Chicago, IL 60656-1486
516228843     +E-mail/Text: bankruptcy.bnc@ditech.com Jan 24 2017 23:13:04     DITECH Financial LLC,
                 PO Box 6172,    Rapid City, SD 57709-6172
516228842     +E-mail/Text: bknotices@mbandw.com Jan 24 2017 23:13:38     Direct for Business,
                 c/o McCarthy Burgess & Wolf,    26000 Cannon Rd,    Bedford, OH 44146-1807
516228855     +E-mail/Text: masmith@jfkhealth.org Jan 24 2017 23:13:49     JFK Medical Center,
                 80 James Street 4th Floor,    Edison, NJ 08820-3938
516228866      E-mail/Text: bkrpt@retrievalmasters.com Jan 24 2017 23:13:14     New Jersey EZ Pass,
                 c/o Retrieval Masters Creditors Bureau,,    PO Box 1235,    Elmsford, NY 10523-0935
516228865     +E-mail/Text: bkrpt@retrievalmasters.com Jan 24 2017 23:13:14     New Jersey EZ Pass,
                 c/o Retrieval Masters Credit Bureau,,    4 Westchester Plaza Suite 110,
                 Elmsford, NY 10523-1615
516228877      E-mail/Text: bcwrtoff@cablevision.com Jan 24 2017 23:13:59     Optimum,    PO Box 371897,
                 Pittsburgh, PA 15250-7897
516228885     +E-mail/Text: arprimemail@primetherapeutics.com Jan 24 2017 23:13:26     Prime theraputicas,
                 P.O. Box 650041,    Dallas, TX 75265-0041
```

```
District/off: 0312-3          User: admin              Page 3 of 4                  Date Rcvd: Jan 24, 2017
                              Form ID: 186             Total Noticed: 95
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516228890      +E-mail/Text: cop@santander.us Jan 24 2017 23:13:12     Santander,   PO.Box 16255,
                 Reading, PA 19612-6255
516307197      +E-mail/Text: n.miller@santander.us Jan 24 2017 23:14:00     Santander Bank, N.A.,
                 601 Penn Street,   10-6438-FB7,   Reading, PA 19601-3544
516243196       E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2017 23:09:31     Synchrony Bank,
                 c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
516462186       E-mail/Text: bankruptcy.bnc@ditech.com Jan 24 2017 23:13:04     THE BANK OF NEW YORK MELLON,
                 c/o Ditech Financial LLC,   PO Box 6154,   Rapid City, SD 57709-6154
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516259689*    ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit Company LLC,   Dept  55953,   P O Box 55000,
                 Detroit  MI, 48255-0953)
516228848*     +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
516228849*     +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
516228850*     +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
516228867*      New Jersey EZ Pass,   c/o Retrieval Masters Creditors Bureau,,   PO Box 1235,
                 Elmsford, NY 10523-0935
516228871*     +New Jersey Turnpike Authority,   Violations Processing Center,   PO. Box 4971,
                 Trenton, NJ 08650-4971
516228872*     +New Jersey Turnpike Authority,   Violations Processing Center,   PO. Box 4971,
                 Trenton, NJ 08650-4971
516228873*     +New Jersey Turnpike Authority,   Violations Processing Center,   PO. Box 4971,
                 Trenton, NJ 08650-4971
516228874*     +New Jersey Turnpike Authority,   Violations Processing Center,   PO. Box 4971,
                 Trenton, NJ 08650-4971
516228876*     +Old Bridge Municipal Utilities Authority,   PO Box 1006,   South Amboy, NJ 08879-4006
516228897*     +The Port Authority of NY & NJ,   Violations Processing Center,   PO. Box 15186,
                 Albany, NY 12212-5186
516228896*     +The Port Authority of NY & NJ,   Violations Processing Center,   PO. Box 15186,
                 Albany, NY 12212-5186
516228899*      Town & Contry Remodeling, Inc,   37 Walden Court,   Old Bridge, NJ 08857-3572
516228900*      Town & Contry Remodeling, Inc,   37 Walden Court,   Old Bridge, NJ 08857-3572
516228901*      Town & Contry Remodeling, Inc,   37 Walden Court,   Old Bridge, NJ 08857-3572
516228902*      Town & Contry Remodeling, Inc,   37 Walden Court,   Old Bridge, NJ 08857-3572
                                                                                 TOTALS: 0, * 16, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2017 at the address(es) listed below:
```
              Albert  Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert  Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-13,
               MORTGAGE PASS THROUGH CERTIFICATES SERIES 2005-13 as dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn  O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
```

```
District/off: 0312-3          User: admin              Page 4 of 4              Date Rcvd: Jan 24, 2017
                              Form ID: 186             Total Noticed: 95
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Eugene D. Roth    on behalf of Debtor Mitchell J. Steinberg erothesq@gmail.com
        Hubert C. Cutolo    on behalf of Creditor    Heritage Woods Property Owners Association, Inc. hcutolo@cutololaw.com
        Joel R. Glucksman    on behalf of Creditor    Old Bridge Municipal Utilities Authority jglucksman@scarincihollenbeck.com
        John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company LLC mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com
        R. A. Lebron    on behalf of Creditor    DITECH FINANCIAL LLC, as servicer for THE BANK OF NEW YORK MELLON , F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-13 MORTGA bankruptcy@feinsuch.com

                                                                                                                       TOTAL: 9