UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
42652
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Ford Motor Credit Company LLC,
servicer for CAB EAST LLC

**Order Filed on March 7, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

MITCHELL J. STEINBERG

Case No.: 16-21369

Adv. No.:

Hearing Date: 3-28-16

Judge:  MBK

# ORDER FOR LEASE ASSUMPTION, MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: March 7, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Mitchell J. Steinberg
16-21369)
Order Providing for Lease Assumption, Monthly Payments for Stay Relief under Certain Circumstances
Page 2

This matter having been brought on before this Court on objection to confirmation filed by John R. Morton, Jr., Esq, attorney for Ford Motor Credit Company LLC, servicer for CAB EAST LLC, with the appearance of Eugene Roth, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Ford Motor Credit Company LLC is the servicer for CAB EAST LLC, the owner and lessor of 2016 Ford Edge bearing vehicle identification number 1FMCU9G91GUB42401 (hereinafter the "vehicle"), which vehicle was leased by the debtor. As a result of the entry of this order, the debtor has assumed the lease.

2. The debtor shall make all lease payments to Ford Motor Credit Company LLC, servicer for CAB EAST LLC when due, being the 5th day of each month. In the event the debtor fails to make any payment for a period of 30 days after it falls due, Ford Motor Credit Company LLC, servicer for CAB EAST LLC shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and his attorney.

3. The debtor shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract. In the event of a lapse of insurance for any period of time without intervening coverage, Ford Motor Credit Company LLC, servicer for CAB EAST LLC shall receive stay relief to repossess and sell the vehicle by filing a certification that insurance has lapsed with the court and serving it upon the debtor and his attorney.

4. <u>At the end of the lease, Ford Motor Credit Company LLC, servicer for CAB EAST LLC shall have immediate stay relief to repossess and/or sell the vehicle without any application to the Court or notice to the debtor or his attorney unless the debtor has purchased the vehicle in accordance with the lease end purchase option.</u>