EUGENE D. ROTH, ESQUIRE - 4239
VALLEY PARK EAST
2520 HIGHWAY 35, SUITE 307
MANASQUAN, NEW JERSEY 08736
(732) 292-9288
Attorney for the Debtor

| IN THE MATTER OF | UNITED STATES BANKRUPTCY COURT: DISTRICT OF NEW JERSEY |
|---|---|
| **MITCHELL J. STEINBERG** | CASE NO.: 16-21369 (MBK)<br>CHAPTER 13 |
| DEBTOR | CERTIFICATION OF MITCHELL J. STEINBERG |

MITCHELL J. STEINBERG, of full age, hereby certifies and says:

1. I am the Debtor in the matter having filed a voluntary Chapter 13 Petition with this Court on June 10, 2016 and as such am fully familiar with the facts contained herein.

2. This certification is being submitted to the Court in opposition to the Application For Early Termination of Loss Mitigation Period.

3. Counsel for DiTech Financial, LLC, ("Ditech") servicer for The Bank of New York Mellon filed an Application for Early Termination of Loss Mitigation Period indicating that a trial loan modification had been denied on April 11, 2017 due to required documentation not being uploaded, despite the fact that such documents were uploaded into the Loss Mitigation Portal on the same day.

4. Thereafter, additional documents were requested by Ditech which were uploaded into the Loss Mitigation Portal on May 17, 2017. Finally on June 20, 2017 a request for an updated package was received. These documents will be uploaded no later than Friday June 30, 2017.

5. Additionally, my attorney's office filed an Application for Extension of Loss

Mitigation on June 23, 2017 with an objection deadline of June 26, 2017. No objections have been filed with respect to such application to date.

6. Given the forgoing it is respectfully submitted that this Court deny Ditech's Application for Early Termination of Loss Mitigation Period and grant my Application for Extension of Loss Mitigation Period

I hereby certify that the forgoing statements made by me are true. I am aware that if any such statements are willfully false, that I am subject to punishment.

/s/ *Mitchell J. Steinberg*
Mitchell J. Steinberg

Dated: June 26, 2017