UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

EUGENE D. ROTH, ESQ.-4239
2520 HIGHWAY 35, SUITE 307
MANASQUAN, NEW JERSEY 08736
(732) 292-9288
Attorney for Debtor

**Order Filed on June 27, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

MITCHELL J. STEINBERG,

Debtor

Case No.:        16-21369

Chapter:        _____

Judge:        Michael B. Kaplan

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 27, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___December 7, 2017___ :

Property: ___37 Walden Court, Old Bridge, NJ_____

Creditor: ___Ditech/Bank of NY Mellon_____

and a Request for

☒  Extension of the 90 day Loss Mitigation Period having been filed by _____the debtor_____, and for good cause shown

☐  Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____September 4, 2017_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*