UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

---

EUGENE D. ROTH, ESQ.-4239
2520 HIGHWAY 35, SUITE 307
MANASQUAN, NEW JERSEY 08736
(732) 292-9288
Attorney for Debtor

Order Filed on June 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MITCHELL J. STEINBERG,

Debtor

Case No.:   16-21369

Chapter:   _____

Judge:   Michael B. Kaplan

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 27, 2017**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___December 7, 2017___ :

Property:      37 Walden Court, Old Bridge, NJ

Creditor:      Ditech/Bank of NY Mellon

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ___the debtor___, and for good cause shown

- ❑ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___September 4, 2017___ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Mitchell J. Steinberg  
    Debtor

Case No. 16-21369-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 28, 2017  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2017.  
db          +Mitchell J. Steinberg,    37 Walden Court,    Old Bridge, NJ 08857-3572

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2017                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2017 at the address(es) listed below:

           Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com  
           Albert    Russo     docs@russotrustee.com  
           Denise E. Carlon     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-13, MORTGAGE PASS THROUGH CERTIFICATES SERIES 2005-13 as dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Eamonn O'Hagan     on behalf of Creditor    United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov  
           Eugene D. Roth     on behalf of Debtor Mitchell J. Steinberg erothesq@gmail.com  
           Hubert C. Cutolo     on behalf of Creditor    Heritage Woods Property Owners Association, Inc. hcutolo@cutololaw.com  
           Joel R. Glucksman     on behalf of Creditor    Old Bridge Municipal Utilities Authority jglucksman@scarincihollenbeck.com  
           John R. Morton, Jr.     on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company LLC mortonlaw.bcraig@verizon.net, mortoncraigecf@gmail.com;mhazlett@mortoncraig.com  
           R. A. Lebron     on behalf of Creditor    DITECH FINANCIAL LLC, as servicer for THE BANK OF NEW YORK MELLON , F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-13 MORTGA bankruptcy@feinsuch.com  
                                                                                                                                     TOTAL: 9