Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  16–21369–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Mitchell J. Steinberg
　37 Walden Court
　Old Bridge, NJ 08857
Social Security No.:
　xxx–xx–4023
Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

　　Notice is hereby given that a Plan was confirmed in this matter on April 11, 2017.

　　On 5/14/2018 the debtor filed a modification to the Plan.

　　Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:　　　　　　　　June 26, 2018
Time:　　　　　　　　10:00 AM
Location:　　　　　　Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

　　Accordingly, notice is hereby given that,

1.　　Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
　　a written rejection to the modified plan.

2.　　Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
　　of a secure claim, such holders acceptance or rejection of the Plan before modification will
　　be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
　　holders acceptance or rejection of the Plan within the time fixed.

3.　　**If, at the confirmation hearing, the Court determines that the plan is not confirmable,
　　the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 15, 2018
JAN: gan

Jeanne Naughton
Clerk