UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**CUTOLO BARROS LLC**
46-50 Throckmorton St.
Freehold, New Jersey 07728
(732) 414-6529
Hubert C. Cutolo, Esq.
Attorneys for creditor Heritage Woods Property Owners Association, Inc.

**Order Filed on June 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case No.: 16-21369-MBK |
| | Chapter: 13 |
| MITCHELL J. STEINBERG | Judge: Michael B. Kaplan |

### ORDER GRANTING MOTION OF HERITAGE WOODS PROPERTY OWNERS ASSOCIATION, INC. FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(d)

The Relief set forth on page 2 is hereby **ORDERED.**

**DATED: June 2, 2020**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

Debtor: Mitchell J. Steinberg

Case No.: 16-21369-MBK

Caption of Order: Order Granting Motion of Pursuant to 11 U.S.C. §362(d)

---

**ORDER GRANTING MOTION OF HERITAGE WOODS PROPERTY OWNERS ASSOCIATION, INC. FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(d)**

1. **ORDERED** that creditor Heritage Woods Property Owners Association, Inc. (the "Association") is hereby granted relief from the automatic stay pursuant to 11 U.S.C. § 362(d) so that it may commence and carry out state law collection remedies against Debtor Mitchell J. Steinberg (the "Debtor") to pursue recovery of all Post-Petition Assessments and attorneys' fees and costs, including but not limited to obtaining a personal judgment against the Debtors and levying upon the Debtors' assets.

2. **ORDERED** that all actions taken by the Association against the Debtors pursuant to this Order are deemed valid and the Association may proceed without further leave of the Bankruptcy Court with foreclosure proceedings and/or other state court actions.

3. **ORDERED** that the Association may join the Debtors and any trustee appointed in this case as Defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.