UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on June 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Caption in Compliance with D.N.J. LBR 9004-1(b)

**CUTOLO BARROS LLC**
46-50 Throckmorton St.
Freehold, New Jersey 07728
(732) 414-6529
Hubert C. Cutolo, Esq.
Attorneys for creditor Heritage Woods Property
Owners Association, Inc.

| | |
|---|---|
| In Re: | Case No.: 16-21369-MBK |
| | Chapter: 13 |
| MITCHELL J. STEINBERG | Judge: Michael B. Kaplan |

**ORDER GRANTING MOTION OF HERITAGE WOODS PROPERTY OWNERS ASSOCIATION, INC. FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(d)**

The Relief set forth on page 2 is hereby **ORDERED.**

**DATED: June 2, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

Debtor: Mitchell J. Steinberg

Case No.: 16-21369-MBK

Caption of Order: Order Granting Motion of Pursuant to 11 U.S.C. §362(d)

---

**ORDER GRANTING MOTION OF HERITAGE WOODS PROPERTY OWNERS ASSOCIATION, INC. FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(d)**

1. **ORDERED** that creditor Heritage Woods Property Owners Association, Inc. (the "Association") is hereby granted relief from the automatic stay pursuant to 11 U.S.C. § 362(d) so that it may commence and carry out state law collection remedies against Debtor Mitchell J. Steinberg (the "Debtor") to pursue recovery of all Post-Petition Assessments and attorneys' fees and costs, including but not limited to obtaining a personal judgment against the Debtors and levying upon the Debtors' assets.

2. **ORDERED** that all actions taken by the Association against the Debtors pursuant to this Order are deemed valid and the Association may proceed without further leave of the Bankruptcy Court with foreclosure proceedings and/or other state court actions.

3. **ORDERED** that the Association may join the Debtors and any trustee appointed in this case as Defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

United States Bankruptcy Court
District of New Jersey

In re:  
Mitchell J. Steinberg  
    Debtor

Case No. 16-21369-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 03, 2020  
                  Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2020.
db             +Mitchell J. Steinberg,    37 Walden Court,    Old Bridge, NJ 08857-3572

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2020 at the address(es) listed below:

      Albert    Russo    docs@russotrustee.com  
      Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com  
      Denise E. Carlon     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-13, MORTGAGE PASS THROUGH CERTIFICATES SERIES 2005-13 as dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov  
      Elizabeth K. Holdren    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWMBS, Inc., CHL Mortgage Pass-Through Trus eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com  
      Elizabeth L. Wassall    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-13, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-13 ewassall@logs.com, njbankruptcynotifications@logs.com  
      Elizabeth L. Wassall    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWMBS 2005-13) ewassall@logs.com, njbankruptcynotifications@logs.com  
      Elizabeth L. Wassall    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-13, MORTGAGE PASS THROUGH CERTIFICATES SERIES 2005-13 as ewassall@logs.com, njbankruptcynotifications@logs.com  
      Eugene D. Roth    on behalf of Debtor Mitchell J. Steinberg erothesq@gmail.com  
      Hubert C. Cutolo    on behalf of Creditor    Heritage Woods Property Owners Association, Inc. hcutolo@cutolobarros.com,    ecourts@cutolobarros.com  
      Joel R. Glucksman    on behalf of Creditor    Old Bridge Municipal Utilities Authority jglucksman@scarincihollenbeck.com,    rjoyce@sh-law.com  
      John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
      Joseph Andrew Kutschman, III    on behalf of Creditor    Heritage Woods Property Owners Association, Inc. jkutschman@cutolobarros.com,    ecourts@cutolobarros.com  
      R. A. Lebron    on behalf of Creditor    DITECH FINANCIAL LLC, as servicer for THE BANK OF NEW YORK MELLON , F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-13 MORTGA bankruptcy@feinsuch.com

                                                                                                                TOTAL: 14