|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | Order Filed on July 16, 2020 by Clerk U.S. Bankruptcy Court District of New Jersey |
| [Caption in Compliance with D.N.J. LBR 9004-1(b)] **SCARINCI & HOLLENBECK, LLC** Joel R. Glucksman, Esq. (JG 6443) 1100 Valley Brook Ave., P.O. Box 790 Lyndhurst, New Jersey 07071 Tel. (201) 896-4100; Fax (201) 896-8660 Attorneys for the Old Bridge Municipal Utilities Authority | |
| In re: **MITCHELL J. STEINBERG,** Debtor. | Case No.: 16-21369 (MBK) Chapter 13 Hearing Date: July 14, 2020, 9:00 AM Oral Argument: Waived unless opposed |

# ORDER BY THE OLD BRIDGE MUNICIPAL UTILITIES AUTHORITY FOR THE ALLOWANCE OF ITS POST-PETITION SECURED CLAIM

The relief set forth on the following page, numbered two is hereby ORDERED.

**DATED: July 16, 2020**

_Honorable Michael B. Kaplan_
United States Bankruptcy Judge

1

4831-5680-9916, v. 1

The Court having reviewed the movant's Motion for the Allowance of its Post-Petition Secured Claim, it is hereby

ORDERED that:

1. The Motion by the Movant the Old Bridge Municipal Utilities Authority for the Allowance of its Post-Petition Secured Claim in the amount of $4,446.59, is hereby granted in its entirety.

2. The Standing Ch. 13 Trustee is directed to pay the Movant's post-petition secured claim, in the amount of $4,446.59, through the plan as a secured claim.

4831-5680-9916, v. 1