Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–21369–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mitchell J. Steinberg
   37 Walden Court
   Old Bridge, NJ 08857

Social Security No.:
   xxx–xx–4023

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/14/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: July 17, 2020
JAN: kmm

                                                                                Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Mitchell J. Steinberg  
    Debtor

Case No. 16-21369-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3       User: admin      Page 1 of 4      Date Rcvd: Jul 17, 2020  
                     Form ID: 148      Total Noticed: 96

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2020.

```
db              +Mitchell J. Steinberg,    37 Walden Court,    Old Bridge, NJ 08857-3572
cr              +CAB East LLC, serviced by Ford Motor Credit Compan,    P.O. Box 62180,
                  Colorado Springs, CO 80962-2180
cr              +Heritage Woods Property Owners Association, Inc.,    Cutolo Barros LLC,
                  46-50 Throckmorton Street,    Freehold, NJ 07728,    UNITED STATES 07728-1973
cr              +Heritage Woods Property Owners Association, Inc.,    Cutolo Mandel LLC,    151 Highway 33 East,
                  Suite 204,    Manalapan, NJ 07726-8635
cr              +Old Bridge Municipal Utilities Authority,    Scarinci & Hollenbeck, LLC,
                  c/o Joel R. Glucksman, Esq.,    1100 Valley Brook Ave.,    P.O. Box 790,
                  Lyndhurst, NJ 07071-0790
516228820        Accurate Diagnostic Labs, Inc.,    300 Hadley Road,    South Plainfield, NJ 07080
516301567       +Allied Building Products Corp,    15 East Union Ave,    East Rutherford, NJ 07073-2127
516228822       +American Express,    c/o Jaffee & Asher, LLP,    1107 Goffle Road,    Hawthorne, NJ 07506-2000
516228824        Arzee Acquisition Corp,    c/o Hudson Law Offices,    900 Rtye 168, WSuite C-2,
                  Blackwood, NJ 08012
516228825       +Bank of America/Cach, LLC.,    c/o P. Scott Lowry, P.C.,    PO. Box 4198,
                  Englewood, CO 80155-4198
516228826       +Bank of New York Mellon,    C/O Fein, Such, Kahn and Shepard, P.C.,    7 Century Drive, Suite 201,
                  Parsippany, NJ 07054-4609
516228827       +Bogata Com,    Complete Payment Recovery Services, Inc.,    3500 5th Street,
                  Northport, AL 35476-4723
516228837     ++++CITI BANK,    C/O ACI,    37 RUST LN,    BOERNE TX 78006-8288
                (address filed with court: Citi Bank,    c/o ACI,    35-A Rust Lane,    Boerne, TX 78006)
516228828        Cardiovascular Interventionalists of,    Central Jersey P.A.,    465 Cranberry Road, Suite 201,
                  East Brunswick, NJ 08816-7600
516228829       +Care Credit Dental,    c/o Eichenbaum & Stylanou, LLC,    10 Forest Avenue, Suite 300,
                  Paramus, NJ 07652-5238
516228830        Central Jersey Pathology Consultants,    PO Box 95000,    Philadelphia, PA 19195-5175
516228831       +Chase Bank,    c/o capital Management Services, LP,    698,    1/2 South Ogden Street,
                  Buffalo, NY 14210
516228834        Citi,    c/o Midland Credit  Managment, Inc.,    PO Box 60578,    Saint Louis, MO 63179-9819
516228835       +Citi Advantage,    c/o Forster Garbus & Garbus,    PO Box 192,    Commack, NY 11725-0192
516228838       +Citibabk N.A. / Home Depot,    c/o Pressler & Pressler,    7 Entin Rd,
                  Parsippany, NJ 07054-5020
516228841       +Connecticut Department of Admin Services,    c/o EOS CCA,    700 Longwater Drive,
                  Norwell, MA 02061-1624
516228845       +EZ Pass,    Deleware River Joint Toll Commission,    P.O. Box 851918,    Richardson, TX 75085-1918
516228844       +Edison Radiology Group, P.A.,    P.O. Box 3271,    Indianapolis, IN 46206-3271
516311658       +First Energy,    331 Newman Springs Rd,    Bldg 3,    Red Bank, NJ 07701-5688
516228846       +GE Money Retail Bank/Cach, LLC.,    c/o P. Scott Lowry, P.C.,    PO. Box 4198,
                  Englewood, CO 80155-4198
516228847       +Heritage Woods Property Owners Assoc.,    c/o Cutolo  Barros LLC,    46-50  Throckmorton Street,
                  Freehold , NJ 07728-1973
516228851       +Internet Order, LLC.,    1600 JFK Blvd, 3rd Floor,    Philadelphia, PA 19103-2803
516228853      ++JERSEY CENTRAL POWER AND LIGHT COMPANY,    BUILDING 3,    331 NEWMAN SPRINGS ROAD,
                  RED BANK NJ 07701-5688
                (address filed with court: Jersey Central Power & Light,    PO Box 3687,    Akron, OH 44309-3687)
516228854       +JFK Cardiology Physicians,    80 James Street 4th Floor,    Edison, NJ 08820-3938
516228857       +JP Morgan Chase Bank N.A.,    c/o American Recovery Services, Inc,
                  555 St Charles Drive, Suite 100,    Thousand Oaks, CA 91360-3983
516228858       +Law Enforcement Systems, LLC.,    Violation Processing Center,    P.O. Box 2182,
                  Milwaukee, WI 53201-2182
516228861       +MBNA America N.A.,    c/o Law Office of Joe Pezzuto,    4013 E Broadway, Suite A2,
                  Phoenix, AZ 85040-8818
516228860        Manor at Heritage Woods Homeowners Assoc,    2 Point of Woods Drive,    Old Bridge, NJ 08857
516228862       +Metro Public Adjustment,    3551 Bristol Pike,    Bensalem, PA 19020-4685
516228863       +Middlesex Emergency Phys, PA,    c/o Akron Billing Center,    3585 Ridge Park Drive,
                  Akron, OH 44333-8203
516228864       +Myles F. Kelly Co,    c/o Sklar-Markingd,    102 Browning Lane, Bldg B, Suite 1,
                  Cherry Hill, NJ 08003-3195
516228870       +New Jersey Turnpike Authority,    PO Box 5042,    Woodbridge, NJ 07095-5042
516228869       +New Jersey Turnpike Authority,    Violations Processing Center,    PO. Box 4971,
                  Trenton, NJ 08650-4971
516228875       +Old Bridge Municipal Utilities Authority,    PO Box 1006,    South Amboy, NJ 08879-4006
516303497       +Old Bridge Municipal Utilities Authority,    c/o Joel R. Glucksman, Esq.,
                  Scarinci & Hollenbeck, LLC,    1100 Valley Brook Ave., PO Box 790,    Lyndhurst, NJ 07071-0790
516228878       +PA Turnpike Commission,    Penn Credit,    916 S 14th Street,    Harrisburg, PA 17104-3425
516228884        PNC Bank N.A.,    c/o NCB Management Services Inc.,    P.O. Box 10996,    Langhorne, PA 19047
516228886        PSEG,    PO Box 14444,    New Brunswick, NJ 08906-4444
516228880        Pennsylvania EZ Pass,    c/o Linebarger, Goggan, Blair, Sampson,    P.O. Box 90218,
                  Harrisburg, PA 17109
516228881       +Pennsylvania Turnpike Commission,    Violation Processing Center,    8000 C Derry Street,
                  Harrisburg, PA 17111-5287
516228882       +Peoples United Bank,    286 Broad Street,    Manchester, CT 06040-4049
```

```
District/off: 0312-3          User: admin              Page 2 of 4              Date Rcvd: Jul 17, 2020
                              Form ID: 148             Total Noticed: 96


516228883      +Pimsleur Approach,    1600 JFK Blvd, 3rd Floor,     Philadelphia, PA 19103-2803
516228887      +Rahway Emergency Medical Associates,     PO. Box 5294,    Parsippany, NJ 07054-6294
516228888      +Rakeho Passi, MD, LLC,    P.O. Box 685,    Parlin, NJ 08859-0685
516367515     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,     Department of Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
516228889      +Saint Peter’s University Hospital,     c/o Computer Credit, Inc.,    640 West 4th St,
                 Winston Salem, NC 27101-2730
516469234      +Santander Bank, N.A.,    c/o Wilson Elser Moskowitz,     Edelman & Dicker  LLP,
                 200 Campus Drive,    Florham Park, NJ 07932-1007
516307197      +Santander Bank, N.A.,    601 Penn Street,    10-6438-FB7,    Reading, PA 19601-3563
516228892      +Sovereign Bank,    c/o F.H. Cann & Associates,    1600 Osgood Street Suite 20-2/120,
                 North Andover, MA 01845-1048
516228894      +State of New Jersey Division of Taxation,     Federal Offset Program,    PO.Box 283,
                 Trenton, NJ 08602-0283
516462186       THE BANK OF NEW YORK MELLON,    c/o Ditech Financial LLC,    PO Box 6154,
                 Rapid City, SD 57709-6154
518748327       THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,     P.O. Box 10826,
                 Greenville, SC  29603-0826
518748328       THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,     P.O. Box 10826,
                 Greenville, SC  29603-0826,    THE BANK OF NEW YORK MELLON FKA THE BANK,    P.O. Box 10826,
                 Greenville, SC  29603-0826
516228895      +The Port Authority of NY & NJ,    Violations Processing Center,    PO. Box 15186,
                 Albany, NY 12212-5186
516228898       Town & Contry Remodeling, Inc,     37 Walden Court,    Old Bridge, NJ 08857-3572
516228903      +Travelers Insurance,    c/o Tenaglia & Hunt, P.A.,     Box#2431 PO. Box 8500,
                 Philadelphia, PA 19178-0001
516228904      +Travelers Personal Insurance,    PO Box 660307,     Dallas, TX 75266-0307
516493043      +Tri State Media Direct LLC d/b/a Direct Advantage,     c/o Kathleen R. Wall, Esq.,    P.O. Box A,
                 Manasquan, NJ 08736-0631
516228906      +Woodbridge Township Ambulance & Rescue,     PO Box 575,    Matawan, NJ 07747-0575

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 18 2020 02:52:27      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 18 2020 02:52:22      United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: IRS.COM Jul 18 2020 05:38:00      United States of America (Internal Revenue Service,
                 U.S. Attorneys Office,    970 Broad Street,    Suite 700,    Newark, NJ  07102-2535
516228821       E-mail/Text: collection@bresslerlaw.com Jul 18 2020 02:53:40      Alside Supply,
                 c/o Bressler-Duyk,    60 State Highway 27,     Edison, NJ 08820-3908
516228823      +EDI: AMEREXPR.COM Jul 18 2020 05:38:00      American Express,    PO Box 1270,
                 Newark, NJ 07101-1270
516406791       EDI: BECKLEE.COM Jul 18 2020 05:38:00      American Express Bank FSB,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern  PA 19355-0701
516347256       EDI: BECKLEE.COM Jul 18 2020 05:38:00      American Express Centurion Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,     Malvern  PA 19355-0701
516388807       E-mail/Text: DRS.Bankruptcy@po.state.ct.us Jul 18 2020 02:50:43
                 Connecticut Department of Revenue Services,     Collections Unit - Bankruptcy Team,
                 450 Columbus Blvd., Ste.1,    Hartford, CT  06103-1837
516228893       E-mail/Text: DRS.Bankruptcy@po.state.ct.us Jul 18 2020 02:50:43      State of Connecticut,
                 Department of Revenue Services,    25 Sigourney St. Suite 2,     Hartford, CT 06106
516291610       EDI: CAPITALONE.COM Jul 18 2020 05:38:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
516228836      +EDI: MID8.COM Jul 18 2020 05:38:00      Citi Bank,    c/o Midland Credit Management, Inc,
                 8875 Aero Drive,    San Diego, CA 92123-2251
516228840      +E-mail/Text: notices@burt-law.com Jul 18 2020 02:53:33
                 CitiBank, N.A./Citi AAdvantage World MC,     c/o Burton Neil & Associates, P.C,
                 1060 Andrew Drive Suite 170,    West Chester, PA 19380-5601
516228839      +E-mail/Text: bankruptcy@affglo.com Jul 18 2020 02:52:29      Citibank N.A.,
                 c/o Global Credit Collections,     5440 N Cumberland, Suite 300,    Chicago, IL 60656-1486
516228842      +E-mail/Text: bknotices@mbandw.com Jul 18 2020 02:52:57      Direct for Business,
                 c/o McCarthy Burgess & Wolf,    26000 Cannon Rd,     Bedford, OH 44146-1807
516260739       EDI: FORD.COM Jul 18 2020 05:38:00      Ford Motor Credit Co,    POB 62180,
                 Colorado Springs, CO  80962
516259689       EDI: FORD.COM Jul 18 2020 05:38:00      Ford Motor Credit Company LLC,    Dept  55953,
                 P O Box 55000,    Detroit  MI, 48255-0953
516228855      +E-mail/Text: abachman@rmbcollect.com Jul 18 2020 02:53:15      JFK Medical Center,
                 80 James Street 4th Floor,    Edison, NJ 08820-3938
516228856      +EDI: FSAE.COM Jul 18 2020 05:43:00      JP Morgan Chase Bank N.A.,
                 c/o First Source Advantage, LLC,     205 Bryant Woods South,    Buffalo, NY 14228-3609
516228832       EDI: JPMORGANCHASE Jul 18 2020 05:43:00      Chase Bank,    c/o Capital Management Services,
                 PO Box 15123,    Wilmington, DE 19805-5123
516228833       EDI: JPMORGANCHASE Jul 18 2020 05:43:00      Chase Bank USA,    c/o ARS National Services Inc.,
                 PO Box 463023,    Escondido, CA 92046-3023
516454275      +EDI: MID8.COM Jul 18 2020 05:38:00      MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
```

```
District/off: 0312-3            User: admin              Page 3 of 4             Date Rcvd: Jul 17, 2020
                                Form ID: 148             Total Noticed: 96


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516228866          EDI: RMCB.COM Jul 18 2020 05:38:00      New Jersey EZ Pass,
                   c/o Retrieval Masters Creditors Bureau,,    PO Box 1235,   Elmsford, NY 10523-0935
516228865         +EDI: RMCB.COM Jul 18 2020 05:38:00      New Jersey EZ Pass,
                   c/o Retrieval Masters Credit Bureau,,   4 Westchester Plaza Suite 110,
                   Elmsford, NY 10523-1615
516228877          E-mail/Text: bcwrtoff@cablevision.com Jul 18 2020 02:53:29      Optimum,   PO Box 371897,
                   Pittsburgh, PA 15250-7897
516228890         +E-mail/Text: DeftBkr@santander.us Jul 18 2020 02:52:19      Santander,   PO.Box 16255,
                   Reading, PA 19612-6255
516228891         +EDI: DRIV.COM Jul 18 2020 05:38:00      Santander Bank,   PO Box 105255,
                   Atlanta, GA 30348-5255
516243196          EDI: RMSC.COM Jul 18 2020 05:43:00      Synchrony Bank,
                   c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
517080045         +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 18 2020 02:53:03
                   THE BANK OF NEW YORK MELLON,   c/o Bayview Loan Servicing, LLC,
                   4425 Ponce De Leon Blvd, 5th Floor,   Coral Gables, FL 33146-1837
517080046         +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 18 2020 02:53:03
                   THE BANK OF NEW YORK MELLON,   c/o Bayview Loan Servicing, LLC,
                   4425 Ponce De Leon Blvd, 5th Floor,   Coral Gables, FL 33146,   THE BANK OF NEW YORK MELLON,
                   c/o Bayview Loan Servicing, LLC 33146-1837
516228859          EDI: TFSR.COM Jul 18 2020 05:38:00      Lexus Financial Services,   P.O. Box 9490,
                   Cedar Rapids,   Cedar Rapids, IA 52409
516355574          EDI: BL-TOYOTA.COM Jul 18 2020 05:38:00      Toyota Motor Credit Corporation,
                   c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
516228905         +EDI: VERIZONCOMB.COM Jul 18 2020 05:38:00      Verizon,   PO Box 4833,   Trenton, NJ 08650-4833
                                                                                             TOTAL: 32

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516228848*        +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
516228849*        +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
516228850*        +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
516228867*         New Jersey EZ Pass,   c/o Retrieval Masters Creditors Bureau,,   PO Box 1235,
                   Elmsford, NY 10523-0935
516228871*        +New Jersey Turnpike Authority,   Violations Processing Center,   PO. Box 4971,
                   Trenton, NJ 08650-4971
516228872*        +New Jersey Turnpike Authority,   Violations Processing Center,   PO. Box 4971,
                   Trenton, NJ 08650-4971
516228873*        +New Jersey Turnpike Authority,   Violations Processing Center,   PO. Box 4971,
                   Trenton, NJ 08650-4971
516228874*        +New Jersey Turnpike Authority,   Violations Processing Center,   PO. Box 4971,
                   Trenton, NJ 08650-4971
516228876*        +Old Bridge Municipal Utilities Authority,   PO Box 1006,   South Amboy, NJ 08879-4006
516228896*        +The Port Authority of NY & NJ,   Violations Processing Center,   PO. Box 15186,
                   Albany, NY 12212-5186
516228897*        +The Port Authority of NY & NJ,   Violations Processing Center,   PO. Box 15186,
                   Albany, NY 12212-5186
516228899*         Town & Contry Remodeling, Inc,   37 Walden Court,   Old Bridge, NJ 08857-3572
516228900*         Town & Contry Remodeling, Inc,   37 Walden Court,   Old Bridge, NJ 08857-3572
516228901*         Town & Contry Remodeling, Inc,   37 Walden Court,   Old Bridge, NJ 08857-3572
516228902*         Town & Contry Remodeling, Inc,   37 Walden Court,   Old Bridge, NJ 08857-3572
516228843        ##+DITECH Financial LLC,   PO Box 6172,   Rapid City, SD 57709-6172
516228852        ##+JCP&L,   c/o Penn Credit,   916 S 14th Street,   Harrisburg, PA 17104-3425
516228868        ##+New Jersey Turnpike Authority,   Administration Building,   581 Main Street,
                   Woodbridge, NJ 07095-1148
516228879        ##+Penn Credit,   916 S 14th Street,   Harrisburg, PA 17104-3425
516228885        ##+Prime theraputicas,   P.O. Box 650041,   Dallas, TX 75265-0041
                                                                                   TOTALS: 0, * 15, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-3          User: admin              Page 4 of 4              Date Rcvd: Jul 17, 2020
                              Form ID: 148             Total Noticed: 96
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2020 at the address(es) listed below:
              Albert    Russo     on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-13,
               MORTGAGE PASS THROUGH CERTIFICATES SERIES 2005-13 as dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn   O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              Elizabeth K. Holdren    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing as
               servicer for The Bank of New York Mellon fka The Bank of New York as Trustee for the
               Certificateholders of CWMBS, Inc., CHL Mortgage Pass-Through Trus eholdren@hillwallack.com,
               jhanley@hillwallack.com;hwbknj@hillwallack.com
              Elizabeth L. Wassall    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWMBS 2005-13) ewassall@logs.com,    njbankruptcynotifications@logs.com
              Elizabeth L. Wassall    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS INC., CHL MORTGAGE PASS-THROUGH TRUST
               2005-13, MORTGAGE PASS THROUGH CERTIFICATES SERIES 2005-13 as ewassall@logs.com,
               njbankruptcynotifications@logs.com
              Elizabeth L. Wassall    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST
               2005-13, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-13 ewassall@logs.com,
               njbankruptcynotifications@logs.com
              Eugene D. Roth    on behalf of Debtor Mitchell J. Steinberg erothesq@gmail.com
              Hubert C. Cutolo    on behalf of Creditor    Heritage Woods Property Owners Association, Inc.
               hcutolo@cutolobarros.com,    ecourts@cutolobarros.com
              Joel R. Glucksman    on behalf of Creditor    Old Bridge Municipal Utilities Authority
               jglucksman@scarincihollenbeck.com,    rjoyce@sh-law.com
              John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Joseph Andrew Kutschman, III    on behalf of Creditor    Heritage Woods Property Owners Association,
               Inc. jkutschman@cutolobarros.com,    ecourts@cutolobarros.com
              R. A. Lebron    on behalf of Creditor    DITECH FINANCIAL LLC, as servicer for THE BANK OF NEW YORK
               MELLON , F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWMBS, INC.,
               CHL MORTGAGE PASS-THROUGH TRUST 2005-13 MORTGA bankruptcy@feinsuch.com
                                                                                             TOTAL: 14
```