**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Order Filed on July 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

[Caption in Compliance with D.N.J. LBR 9004-1(b)]
**SCARINCI & HOLLENBECK, LLC**
Joel R. Glucksman, Esq. (JG 6443)
1100 Valley Brook Ave., P.O. Box 790
Lyndhurst, New Jersey 07071
Tel. (201) 896-4100; Fax (201) 896-8660
Attorneys for the Old Bridge Municipal
Utilities Authority

| | |
|---|---|
| In re:<br><br>**MITCHELL J. STEINBERG,**<br><br>　　　　Debtor. | Case No.: 16-21369 (MBK)<br><br>Chapter 13<br><br>Hearing Date: July 14, 2020, 9:00 AM<br>Oral Argument: Waived unless opposed |

**ORDER BY THE OLD BRIDGE MUNICIPAL UTILITIES AUTHORITY
FOR THE ALLOWANCE OF ITS POST-PETITION SECURED CLAIM**

The relief set forth on the following page, numbered two is hereby ORDERED.

**DATED: July 16, 2020**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

1

4831-5680-9916, v. 1

The Court having reviewed the movant's Motion for the Allowance of its Post-Petition Secured Claim, it is hereby

ORDERED that:

1. The Motion by the Movant the Old Bridge Municipal Utilities Authority for the Allowance of its Post-Petition Secured Claim in the amount of $4,446.59, is hereby granted in its entirety.

2. The Standing Ch. 13 Trustee is directed to pay the Movant's post-petition secured claim, in the amount of $4,446.59, through the plan as a secured claim.

4831-5680-9916, v. 1

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                              Case No. 16-21369-MBK
Mitchell J. Steinberg                                               Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Jul 17, 2020
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2020.
db             +Mitchell J. Steinberg,    37 Walden Court,    Old Bridge, NJ 08857-3572

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2020 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-13,
               MORTGAGE PASS THROUGH CERTIFICATES SERIES 2005-13 as dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              Elizabeth K. Holdren    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing as
               servicer for The Bank of New York Mellon fka The Bank of New York as Trustee for the
               Certificateholders of CWMBS, Inc., CHL Mortgage Pass-Through Trus eholdren@hillwallack.com,
               jhanley@hillwallack.com;hwbknj@hillwallack.com
              Elizabeth L. Wassall    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST
               2005-13, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-13 ewassall@logs.com,
               njbankruptcynotifications@logs.com
              Elizabeth L. Wassall    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWMBS 2005-13) ewassall@logs.com,   njbankruptcynotifications@logs.com
              Elizabeth L. Wassall    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS INC., CHL MORTGAGE PASS-THROUGH TRUST
               2005-13, MORTGAGE PASS THROUGH CERTIFICATES SERIES 2005-13 as ewassall@logs.com,
               njbankruptcynotifications@logs.com
              Eugene D. Roth    on behalf of Debtor Mitchell J. Steinberg erothesq@gmail.com
              Hubert C. Cutolo    on behalf of Creditor    Heritage Woods Property Owners Association, Inc.
               hcutolo@cutolobarros.com,   ecourts@cutolobarros.com
              Joel R. Glucksman    on behalf of Creditor    Old Bridge Municipal Utilities Authority
               jglucksman@scarincihollenbeck.com,    rjoyce@sh-law.com
              John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Joseph Andrew Kutschman, III    on behalf of Creditor    Heritage Woods Property Owners Association,
               Inc. jkutschman@cutolobarros.com,    ecourts@cutolobarros.com
              R. A. Lebron    on behalf of Creditor    DITECH FINANCIAL LLC, as servicer for THE BANK OF NEW YORK
               MELLON , F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWMBS, INC.,
               CHL MORTGAGE PASS-THROUGH TRUST 2005-13 MORTGA bankruptcy@feinsuch.com
                                                                                             TOTAL: 14